# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CORNELIUS L. HARRIS,<br>    Plaintiff, | Case No. 1:20-cv-120<br>Black, J.<br>Litkovitz, M.J. |
| vs. | |
| WARDEN ERDOS, et al.,<br>    Defendants. | **ORDER** |

Plaintiff, an inmate at the Southern Ohio Correctional Facility, brings this civil rights action alleging violations of his rights by prison employees for denying him recreation without a penological purpose.  (*See* Docs. 4, 8, 13).  This matter is before the Court on plaintiff's motion for discovery (Doc. 7) and defendants' response in opposition (Doc. 10).

On April 2, 2020, plaintiff filed the present motion for discovery, which requests the identities and other information about the John Doe defendants named in this case.  (Doc. 7).  In response, defendants state that a notice of appearance of counsel was filed with this Court on April 9, 2020 and a notice thereof was sent to plaintiff by U.S. mail.  (Doc. 10 at 2).  Defendants further state that plaintiff has not contacted legal counsel of record by mail or otherwise requesting the information contained in his motion for discovery.  (*Id.*).

Plaintiff is advised that he must serve his discovery requests on defendants and their legal counsel rather than file them with the Court.  *See* Fed. R. Civ. P. 34(a) ("A party may serve on any other party a request within the scope of Rule 26(b). . . .").  Accordingly, plaintiff's motion for discovery (Doc. 7) is **DENIED**.

   **IT IS SO ORDERED.**

Date:   5/8/2020

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge